IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-330-GCM

| | | |
|---|---|---|
| ROGER RICKARD, | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| DOLGENCORP, LLC d/b/a DOLLAR GENERAL and DOLLAR GENERAL CORPORATION, d/b/a DOLLAR GENERAL, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **William L. Duda,** filed July 25, 2017 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Duda is admitted to appear before this court *pro hac vice* on behalf of Defendant, Dolgencorp, LLC and Dollar General Corporation.

**IT IS SO ORDERED.**

Signed: July 26, 2017

Graham C. Mullen
United States District Judge